# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

CELLULAR COMUNICATIONS
EQUIPMENT LLC,

        Plaintiff,

v.

PANTECH CO., LTD., *et al.*

        Defendants.

Case No. 6:13-CV-00509-LED

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Alan A. Wright, of H.C. Park &

Associates, PLC, enters his appearance in this matter as counsel for Defendants Pantech Co., Ltd.

and Pantech Wireless, Inc. for the purpose of receiving notices and orders from the Court.

Date:   April 14, 2015

Respectfully,

*/s/ Alan A. Wright*
Alan A. Wright
awright@park-law.com
H. C. PARK & ASSOCIATES, PLC
1894 Preston White Drive
Reston, VA 20191
Telephone: (703) 544-9256
Facsimile: (703) 288-5139

**COUNSEL FOR DEFENDANTS
PANTECH CO., LTD. AND
PANTECH WIRELESS, INC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 14th day of April, 2015, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who has consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ Alan A. Wright*
Alan A. Wright