**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PANTECH CO., LTD., et al.<br><br>    Defendants. | Case No. 6:13-CV-00509-JRG |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Hae-Chan Park, of H.C. Park & Associates, PLC, enters his appearance in this matter as counsel for Defendants Pantech Co., Ltd. and Pantech Wireless, Inc. for the purpose of receiving notices and orders from the Court.

Date:  May 29, 2015                                      Respectfully,

                                                                              */s/ Hae-Chan Park*
                                                                              Hae-Chan Park
                                                                              hpark@park-law.com
                                                                              H. C. PARK & ASSOCIATES, PLC
                                                                              1894 Preston White Drive
                                                                              Reston, VA 20191
                                                                              Telephone: (703) 544-9202
                                                                              Facsimile: (703) 288-5139

                                                                              **COUNSEL FOR DEFENDANTS**
                                                                              **PANTECH CO., LTD. AND**
                                                                              **PANTECH WIRELESS, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 29th day of May, 2015, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who has consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ Hae-Chan Park*
Hae-Chan Park