**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATION EQUIPMENT, LLC,** | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:13-CV-507** |
| v. | § § | CONSOLIDATED WITH 6:13CV509 |
| **HTC CORPORATION, et al.,** | § § | |
| Defendants. | § § | |

**ORDER**

In light of Pantech Co. Ltd.'s Notice of Bankruptcy Filing (Docket No. 457), the Court *sua sponte* **SEVERS** Pantech Co. Ltd. into a separate case, **STAYS** that case, and **ORDERS** Pantech Co. Ltd. to file a notice that the bankruptcy proceedings have concluded within ten days of their completion. Pantech Co. Ltd. is thereby excused from the September 22, 2015 hearing.

So ORDERED and SIGNED this 14th day of September, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE