**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT, LLC** § § § § § **v.** § § **HTC CORPORATION, et al.** § § § | **CASE NO. 6:13-cv-509** |

## ORDER

The above-styled civil action was severed from consolidated lead case Civil Action No. 6:13-cv-507 on October 22, 2015 and was then consolidated with Civil Action No. 6:15-cv-853, with Civil Action No. 6:15-cv-853 to serve as the lead case (ECF 65).  The Court further ordered that both cases—Civil Action No. 6:13cv509 and Civil Action No. 6:15-cv-853—were to remain stayed pending the conclusion of the Pantech Co. Ltd. bankrupty proceedings.  The consolidated lead case, Civil Action No. 6:15-cv-853, was administratively closed pending resolution of the Pantech Co. Ltd. bankruptcy proceedings.  It is therefore

**ORDERED** that, consistent with the consolidated lead case, the above-styled civil action is **ADMINISTRATIVELY CLOSED**.  This administrative closure shall not affect the rights of any of the parties or claimants.  Pantech Co. Ltd. shall file a notice in the consolidated lead case, Civil Action No. 6:15-cv-853, within 10 days of the conclusion of the bankruptcy proceedings.

So ORDERED and SIGNED this 11th day of September, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE